01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   UNITED STATES OF AMERICA,              )   CASE NO.  CR02-053-TSZ
                                            )
09          Plaintiff,                      )
                                            )
10          v.                              )   SUMMARY REPORT OF U.S.
                                            )   MAGISTRATE JUDGE AS TO
11   JOSHUA CUEVAS QUIMPO,                  )   ALLEGED VIOLATIONS
                                            )   OF SUPERVISED RELEASE
12          Defendant.                      )
     ─────────────────────────────────     )

13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15   on May 11, 2007.  The United States was represented by AUSA Katheryn Frierson for Ye-Ting

16   Woo and the defendant by Jay Stansell.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about June 14, 2002 by the Honorable Thomas S.

18   Zilly on a charge of Bank Fraud, and sentenced to 51 days custody (with credit for time served),

19   5 years supervised release.

20          The conditions of supervised release included the standard conditions plus the requirements

21   that defendant be prohibited from possessing any firearms, submit to mandatory drug testing,

22   submit to search, pay restitution in the amount of $20,349.00, provide access to financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  information, maintain a single checking account for all financial transactions, disclose all assets and

02  liabilities, and not re-enter the United States illegally if deported.  (Dkt. 22.)

03      In an application dated March 30, 2007 (Dkt. 27), U.S. Probation Officer Lisa L. Combs

04  alleged the following violations of the conditions of supervised release:

05      1.      Committing the crime of unlawful possession of a dangerous weapon on or about

06  May 25, 2006, in violation of the general condition that he not commit another federal, state, or

07  local crime.

08      2.      Using methamphetamine on or before June 11, 2006, in violation of standard

09  condition no. 7.

10      3.      Using methamphetamine on or before June 12, 2006, in violation of standard

11  condition no. 7.

12      4.      Failing to follow the instructions of the probation officer on or about June 13,

13  2006, by not obtaining a substance abuse assessment as instructed, in violation of standard

14  condition no. 3.

15      5.      Failing to notify the probation officer within ten days prior to a change of residence

16  on or before March 8, 2007, in violation of standard condition no. 6.

17      6.      Failing to notify the probation officer at least ten days prior to a change in

18  employment on or before March 15, 2007, in violation of standard condition no. 6.

19      Defendant was advised in full as to those charges and as to his constitutional rights.

20      Defendant admitted the alleged violations and waived any evidentiary hearing as to

21  whether they occurred.

22      I therefore recommend the Court find defendant violated his supervised release as alleged,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01   and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

02   set before Judge Zilly.

03   Pending a final determination by the Court, defendant has been released on the conditions

04   of supervision, and the requirement that he reside with his aunt pending his disposition hearing..

05   DATED this 11th day of May, 2007.

06

07   Mary Alice Theiler
United States Magistrate Judge

08

09

10   cc:   District Judge:          Honorable Thomas S. Zilly
AUSA:                   Ye-Ting Woo, Katheryn Frierson
Defendant's attorney:   Jay Stansel
11   Probation officer:      Lisa L. Combs

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3